UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO: 5:06-CV-41-R

ROGER AND KERRY YOCUM, et al

    PLAINTIFFS
COUNTER DEFENDANTS

v.

CHOATE'S HARBOR HILL MARINA, INC., et al

    DEFENDANTS
COUNTERCLAIMANTS

**OPINION AND ORDER**

This matter is before the Court on the Defendant Choate's Harbor Hill Marina, Inc.'s Motion to Strike Plaintiffs' Supplemental Expert Witness (Docket #46). The Plaintiffs responded (Docket #48) and the Defendant replied (Docket #50). This matter is ripe for adjudication. For the following reasons, the Defendant's Motion to Strike is **DENIED.**

The Defendant seeks to strike the supplemental expert witness disclosed by the Plaintiff on November 14, 2007. This expert witness, Robert W. Thomas, is expected to give testimony regarding the mold issue on the M/V Never Never, including the specific steps, requirements, and costs for abatement of the mold found on the vessel. The Defendant claims Mr. Thomas should be struck as an expert witness because he raises a new issue with regard to the M/V Never Never, and it does not believe that it will have adequate time to conduct an inspection of the M/V Never Never, obtain its own expert with regard to mold contamination, and fully inspect the issue before the trial date of January 23, 2008.

In response, the Plaintiffs assert that the mold infestation in the vessel was discovered in the later summer of 2007, and at that time the Plaintiffs informed the Defendant that they would likely disclose another expert on the matter. The Plaintiffs also state that they are willing to

allow the Defendants time to inspect the vessel and explore the mold issue, and will accommodate them in doing so.

In the alternative, the Defendant requests the Court continue the trial of this matter to allow the defense adequate time to hire its own expert regarding mold contamination on the M/V Never Never. The Court has reserved a second trial date in this matter of February 25, 2008. The Court believes that continuing the trial until this date will allow the parties adequate time to fully address the mold issue.

**IT IS HEREBY ORDERED:**

The Defendant's Motion to Strike Plaintiff's Supplemental Expert Witness is **DENIED.**

The jury trial set in this matter for **January 22, 2008** at 9:00 a.m. is **VACATED**. The action is assigned for trial by jury on **February 25, 2008** at 9:00 a.m. Counsel shall appear in chambers at 8:30 a.m.

The **telephonic final pretrial conference set for January 3, 2008 at 9:00 a.m.** is **VACATED**. The telephonic final pretrial conference is now set for **February 1, 2008 at 9:00 a.m.** The conference will be held telephonically, with the Court placing the call to counsel. Attorneys who will be trying the case shall be available with full settlement authority.